UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY          :
COMMISSION,
                                      :     07 Civ. 7760
                    Plaintiff,
                                      :
         - against -                        RULE 7.1 DISCLOSURE
                                      :

TOURO COLLEGE,                        :

                                      :
                    Defendant.
------------------------------------X

      Pursuant to Fed. R. Civ. P. 7.1 to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel for defendant TOURO COLLEGE which is a private non-governmental party, hereby certifies that there are no corporate parents, affiliates and/or subsidies of said party which are publicly held.

Dated: New York, New York
      October 30, 2007

                                                 SNITOW KANFER HOLTZER
                                                                                                                                                                                                                                                                        & MILLUS, LLP

                                                   By: _____
                                                       PAUL F. MILLUS
                                                           (PM-8240)
                                       575 Lexington Avenue
                                       New York, New York 10022
                                       (212) 317-8500
                                       Attorneys for Defendants

TO:    Konrad Batag, Esq.
        Trial Attorney
        Equal Employment Opportunity Commission
        New York District Office
        33 Whitehall Street, 5th Floor
        New York, New York 10275-0739
        Attorneys for Plaintiff