**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY** : | |
| **COMMISSION,** : | |
| : | **ECF Case** |
| **Plaintiff,** : | |
| : | **07-CV-7760 (DC) (FM)** |
| - against - : | |
| : | |
| **TOURO COLLEGE,** : | |
| : | |
| **Defendant.** : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>NOTICE OF APPEARANCE OF  MICHELLE A. CAIOLA FOR</u>
## <u>PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION</u>

PLEASE TAKE NOTICE that Michelle A Caiola hereby appears as counsel for Plaintiff

Equal Employment Opportunity Commission in the above-captioned action.  I certify that I am

an attorney employed by a federal agency.  I further certify that I am admitted to practice in the

state of New York, and in the U.S. District Court for the Southern District of New York.  I am

fully familiar with the Local Rules for the U.S. District Court for the Southern District of New

York.

Dated:        January 28, 2007

                                        _____/s/_____
                                        Michelle A. Caiola (MC-2110)
                                        Senior Trial Attorney

                                        U.S. Equal Employment Opportunity
                                        Commission
                                        New York District Office
                                        33 Whitehall Street, 5th Floor
                                        New York, New York 10004
                                        Tel: (212) 336-3702
                                        Fax: (212) 336-3623
                                        E-mail: michelle.caiola@eeoc.gov