# FILIPPATOS PLLC

PARISIS G. FILIPPATOS

60 EAST 42ND STREET, 47TH FLOOR
NEW YORK, NY 10165
www.filippatoslaw.com

TEL 212-682-2400
FAX 212-682-0091

March 7, 2008

**VIA FAX 212-805-7906**
The Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11A
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08
```

Re:  Equal Employment Opportunity Commission v. Touro College, 07-CV-7760 (DC)(FM)

Dear Judge Chin:

I represent Plaintiff-Intervenor, Irena Naco, in the above-referenced action, wherein the parties appeared before Your Honor on January 25, 2008 for an initial pre-trial conference. On January 25th, upon Your Honor's direction, all agreed that Plaintiff-Intervenor would file and serve her Complaint by February 22, 2008.

While Plaintiff-Intervenor did, in fact, serve her Complaint upon Plaintiff and Defendant as required, as well as serve a Notice and Request for Waiver upon a newly named individual defendant on the Intervenor Complaint, the undersigned has thus far been unsuccessful in actually filing the Intervenor Complaint. Last week, upon attempting to file the Intervenor Complaint with ECF, the undersigned was told that the document needed to be "paper filed" with the Clerk of Court. Today, upon attempting to file it in person with the Clerk of Court, and informing him of what transpired during the January 25th pretrial conference, the undersigned was told that, nevertheless, Your Honor needed to indicate his permission "on the docket" in writing (or by some other means) before the Intervenor Complaint would be accepted for filling.

Accordingly, I respectfully request that Your Honor endorse this letter directing the Clerk of the Court that the Intervenor Complaint, dated February 22, 2008, may be filed with this Court. Thank you for your attention to this matter.

Respectfully submitted,

Parisis G. Filippatos

c:  Michelle Caiola, Esq. *via fax* 212-336-3623
    Paul F. Millus, Esq *via fax* 212-317-1308

pgf/sf

*Handwritten endorsement:* This application is GRANTED. The Clerk of the Court shall accept the Intervenor Complaint for filing. SO ORDERED.

USDJ  3/7/08

Employment Law and Litigation