# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                Plaintiff

    -against-

TOURO COLLEGE,

                Defendant.
----------------------------------------------------------X
IRENE NACO,

                Plaintiff-Intervenor,

    -against-

TOURO COLLEGE and
STANLEY L. KANTOR,

                Defendants.
----------------------------------------------------------X

07-CV-7760 (DC)(FM)
ECF Case

**STIPULATION AND ORDER**

        **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel as follows:

(1)    Defendant Stanley Kantor's time to answer, move or otherwise respond to the Complaint of Plaintiff-Intervenor is hereby extended to May 9, 2008;

(2)    The execution and filing of this Stipulation shall not constitute an appearance by or on behalf of Stanley Kantor in this action; and

(3)   For purposes of this stipulation, facsimile signatures and email signatures shall be deemed originals and shall have the same force and effect as original signatures.

Dated: May 2, 2008

FILIPPATOS PLLC

By: _____
Parisis G. Filippatos
60 East 42nd Street, 46th Floor
New York, New York 10165
Tel: (212) 682-2400

*Attorney for Plaintiff-Intervenor*

THELEN REID BROWN RAYSMAN & STEINER LLP

By: _____
Edward Copeland
875 Third Avenue
New York, New York 10022
Tel: (212) 603-2000

*Attorneys for Defendant Stanley Kantor*

SO ORDERED: _____
Honorable Denny Chin, U.S.D.J.

5/6/08

NY #1429353 v1

2