UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

EQUAL EMPLOYMENT OPPORTUNITY           :
COMMISSION and IRENE NACO,
                                       :
             Plaintiffs,
                                       :           **ORDER**
    - against -
                                       :           07 Civ. 7760 (DC)
TOURO COLLEGE and
STANLEY L. CANTOR,                     :

             Defendants.               :
- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        By memorandum endorsement dated May 9, 2008, I directed any party objecting to an order directing Ms. Cimato to comply with the subpoena and providing that such compliance would not violate her obligations under the confidentiality order to state so in writing by May 16, 2008.

        No such objections have been received. Accordingly, Ms. Cimato is ORDERED to comply with the subpoena, and in so doing, will not violate her obligations under the confidentiality order.

        SO ORDERED.

Dated:   New York, New York
       May 21, 2008

                                    DENNY CHIN
                                    United States District Judge