

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

EQUAL EMPLOYMENT OPPORTUNITY           :
COMMISSION and IRENE NACO,
                                       :
                Plaintiffs,                       ORDER
                                       :
        - against -                               07 Civ. 7760 (DC)
                                       :
TOURO COLLEGE and
STANLEY L. CANTOR,                     :

                Defendants.            :

- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

  It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. not violate her obligations under the confidentiality order.

  SO ORDERED.

Dated: New York, New York
    August 27, 2008

              _____
              DENNY CHIN
              United States District Judge